# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ____ D.C.
05 JUN 30 PM 4: 17
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JAMES DIRKANS,

    Plaintiff,

v.

BILLY TURNER, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2096 Ml/V

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered June 30, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 30 2005
DATE

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Cashy_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02096 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

James Dirkans
SOUTH CENTRAL CORRECTIONAL CENTER
#320684
P.O. Box 279
Clifton, TN 38425--027

Honorable Jon McCalla
US DISTRICT COURT